John E. Rouk, Respondent, *v.* Franklin R. Lord, Appellant.

(Argued May 6, 1875; decided June term, 1875.)

Decided on the facts in the case.

*George W. Miller* for the appellant.

*G. W. Hotchkiss* for the respondent.

Reynolds, C., reads for affirmance.
All concur.
Judgment affirmed.

---

James Bowman, Respondent, *v.* Attila J. Keleman, Appellant.

(Argued May 7, 1875; decided June term, 1875.)

This was an action to recover rent due under a lease. The lessors, subsequent to the execution of the lease, sold and conveyed the premises to plaintiff, and thereafter executed to him an assignment of the lease. Defendant objected that as by the deed to plaintiff the lessors divested themselves of all rights under the lease, the assignment was a nullity, and the plaintiffs should have brought their action as grantees, not assignees. *Held*, that whether the plaintiff acquired the right of action by the grant or the assignment, as the cause of action was the same, it was a matter of no concern to defendant; his rights were in no way prejudiced, and the objection was not tenable.

*Edward Van Ness* for the appellant.

*F. A. Paddock* for the respondent.

Gray, C., reads for affirmance.
All concur.
Judgment affirmed.